FOURTH DEPARTMENT, SEPTEMBER, 1980

(September 12, 1980)

■    In the Matter of E. ROBERT GRIFFIN, Respondent, v ROCCO TERMINI, Appellant, and EDWARD HERNDON et al., and EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, Respondents.—Order only insofar as it validates designating petition unanimously affirmed, without costs. (Appeal from order of Erie Supreme Court—Election Law.) Present—Dillon, P. J., Hancock, Jr., Schnepp, Doerr and Witmer, JJ. (Decided Aug. 21, 1980.)